Arthur W. Tifford, P.A., etc., et al., Appellants,
v.
Litigation Concepts, L.C., etc., et al., Appellees.
No. 3D08-3128.
District Court of Appeal of Florida, Third District.
Opinion filed December 2, 2009.
Tifford and Tifford, P.A., and Arthur W. Tifford, for appellants.
Stanford R. Solomon, for appellee The Solomon Law Group, P.A.; Kluger, Kaplan, Silverman, Katzen & Levine, P.L., and Alan J. Kluger and Terri Meyers, for appellees Litigation Concepts, L.C., and Richard Stuart Shankman.
Before RAMIREZ, C.J., and ROTHENBERG, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed.
Not final until disposition of timely filed motion for rehearing.